## File Hashes for IP Address 24.13.1.40

**ISP:** Comcast Cable
**Physical Location:** Fishers, IN

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/27/2012 13:09:45 | 5C3FC116D6D9E8449C2539686B921642722608D5 | Heart and Soul |
| 11/02/2012 18:02:15 | 991E09290159FFEEE796C1EBB695EB8C9FB4223F | Yoga in the Sky |
| 11/02/2012 13:11:38 | 30263730C54FFC5586597A7E82EDB98AE857D06E | A Day to Remember |
| 10/28/2012 17:09:49 | F5F9ADA136D58CF67A02A1E2A8D89D3ED8F86703 | Stay With Me |
| 10/19/2012 14:35:22 | F54042F70E31C80F66EBE32233D9BC8DBD2BE2E1 | Young Passion |
| 09/29/2012 19:24:01 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/29/2012 03:04:19 | 067FC7DC5445973B839ABB56D83FCD1E0666580B | Tiffany Sex with a Supermodel |
| 09/16/2012 17:43:55 | 231787DDA20341CE7DD0837E73C10656668E0459 | Holiday in Spain |
| 08/04/2012 16:56:33 | D3FB61C9534DEBB7B51E1AD2A984B1BEE73BBA3C | Farewell |
| 07/20/2012 17:41:36 | 79B1D007E6049C81A7943372C555720DC2C7A9AD | Backstage |
| 04/28/2012 18:19:21 | 8347F054CEFAF38A95435CA9C94F2B1DDD2D27AF | Slow Motion |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

SIN16