## Copyrights-In-Suit for IP Address 24.13.1.40

**ISP:** Comcast Cable
**Location:** Fishers, IN

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 11/02/2012 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 07/20/2012 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 08/04/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 11/27/2012 |
| Holiday in Spain | PA0001780466 | 10/21/2011 | 03/10/2012 | 09/16/2012 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 09/29/2012 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 04/28/2012 |
| Stay With Me | PA0001780465 | 10/28/2011 | 03/10/2012 | 10/28/2012 |
| Tiffany Sex with a Supermodel | PA0001762022 | 02/23/2011 | 11/21/2011 | 09/29/2012 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 11/02/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 11**

EXHIBIT B

SIN16