## Expanded Surveillance of IP Address 24.13.1.40

**ISP:** Comcast Cable
**Location:** Fishers, IN

| Hit Date UTC | Filename |
|---|---|
| 12/17/2012 | Adventure.On.The.Lust.Boat.3.XXX |
| 12/17/2012 | Anne Howe - Redhead First-Timer Gets A Hard Cock.mp4 |
| 12/17/2012 | Det.Basta.ur.Svenska.Gigant.SWEDISH.XXX |
| 12/16/2012 | AmateurAllure.Naomi.14.12.2012.1080p.wmv |
| 12/16/2012 | MyWifesHotFriend - Jenni Lee.wmv |
| 12/16/2012 | Jodi West - Mothers Party.mkv |
| 12/16/2012 | Giselle.Leon.Tight.Sweet.Teen.Pussy.4.Scene.4.DevilsFilm.2012_iyutero.com.mp4 |
| 12/16/2012 | Sex.With.The.Legal.Teen.5.XXX.DVDRip.x264-SLiEZE |
| 12/16/2012 | PunkPorn 2012 12 12 ShopGirl Bang XXX HR WMV-hUSHhUSH |
| 12/16/2012 | MonsterCurves - Christy Mack (Monster Mack) |
| 12/16/2012 | Samantha.38G.Neighborhood.Tits.BangBrosRemastered.2012.HD_iyutero.com.mp4 |
| 12/16/2012 | Eric.John.Vicki.Chase.Dont.Tell.My.Wife.I.Assfucked.The.Babysitter.11.Scene.1.DevilsFilms.2012.HD_iyutero.com.mp4 |
| 12/16/2012 | Holly.Michaels.Holly.Deep.Throats.Dick.DeepThroatLove.2012.HD_iyutero.com.wmv |
| 12/16/2012 | Penetration.Palace.2.XXX |
| 12/15/2012 | Can He Score - Bobbi Starr HD 720p |
| 12/15/2012 | Moneyball 2011 BRRip XviD-FTW |
| 12/15/2012 | Playboy Magazine Germany December 2012 |
| 12/15/2012 | Young.Busty.5.XXX |
| 12/15/2012 | prnfle985x.avi |
| 12/15/2012 | s1255_penthouse_apartment_sd-chkm8te.mov |
| 12/15/2012 | Passion For Roses_950.mp4 |

EXHIBIT C

SIN16

| Hit Date UTC | Filename |
|---|---|
| 12/15/2012 | Lady Sonia - Caged Trophy Wife Used Hard HD 720p |
| 12/15/2012 | bottoms_up_big-chkm8te.mp4 |
| 12/15/2012 | SexArt Mia Manarote |
| 12/15/2012 | Playboy Magazine USA December 2012 PDF [RAHMANAT1] |
| 12/14/2012 | Scarlet.Scarlets.Beaver.Bignaturals.2012_iyutero.com.mp4 |
| 12/14/2012 | Girls.of.the.Taj.Mahal.2.XXX |
| 12/14/2012 | Summer.Lovin.XXX |
| 12/14/2012 | prnfle953x.avi |
| 12/14/2012 | prnfle1000x.wmv |
| 12/14/2012 | My.Wife.Caught.Me.Assfucking.Her.Mother.3.XXX.DVDRiP.x264-DivXfacTory |
| 12/14/2012 | Scarlet.Banks.Alan.Stafford.NaughtyBookworms.2012_iyutero.com.wmv |
| 12/14/2012 | prnfle1008x |
| 12/14/2012 | Penthouse Magazine USA January 2013 |
| 12/14/2012 | Barely.Legal.132.XXX.DVDRip.x264-VBT[rbg] |
| 12/14/2012 | Le.Bus.En.Folie.FRENCH.XXX |
| 12/14/2012 | Mom's Cuckold #10 1080p |
| 12/14/2012 | Playboy Magazine South Africa December 2012 |
| 12/13/2012 | prnfle1007x.wmv |
| 12/13/2012 | Escape from Planet Earth (2012).R5.DVDRip.XViD-SPARKS |
| 12/13/2012 | French Schoolgirls |
| 12/13/2012 | zm11038_1500.mp4 |
| 12/12/2012 | Playboy Magazine 1st Issue.pdf |
| 12/10/2012 | Anissa Kate - Insanal |
| 12/10/2012 | Debuetantinnen.Junge.Talente.German.XXX.DVDRip.XviD-CHiKANi |
| 12/10/2012 | Poli El potro se desboca.avi |

EXHIBIT C

SIN16

| Hit Date UTC | Filename |
|---|---|
| 12/10/2012 | Brasileirinhas--11 Mulheres E Nenhum Segredo.avi |
| 12/09/2012 | Julia.Taylor_-_Milf.Thing.5.mp4 |
| 12/09/2012 | Doris.Ivy.Young.and.Fuckable.Oldje.2012.HD_iyutero.com.wmv |
| 12/09/2012 | Babes - Hot Luna - Adrianna Luna.mp4 |
| 12/09/2012 | Sexo En Publico - Cristal Swift |
| 12/09/2012 | Neighborhood.Swingers.8.XXX.DVDRip.x264-CiCXXX[rbg] |
| 12/09/2012 | Playboy - Leanna Decker HD 1080p |
| 12/09/2012 | SexoEnPublico.12.12.07.Sirale.Sex.Workout.XXX.720p.MP4-IEVA[rbg] |
| 12/09/2012 | Rosie Jones |
| 12/09/2012 | The Muppets.(2011) PROMO (xvid) NL Subs. DMT.avi |
| 12/09/2012 | 12.12.05.Jasmine Maybach_ Lily Love_BigNaturals_ImgZilla.mp4 |
| 12/09/2012 | More Cushion For The Pushin 2 XXX |
| 12/09/2012 | 12.12.05.Giselle Leon_NaughtyOffice_ImgZilla.mp4 |
| 12/09/2012 | TPH-27098 Drielly Riuston and Vittoria Risi |
| 12/09/2012 | Babes - Azure - Jodi Taylor.mp4 |
| 12/09/2012 | Amateur Allure - Nadine HD 720p |
| 12/09/2012 | WifeCrazy.Do.Not.Cum.In.Mothers.Cunt.06.12.2012.480p.wmv |
| 12/09/2012 | Private 40th Anniversary(Rus).avi |
| 12/09/2012 | Samantha 38G - Logjammin |
| 12/09/2012 | Oldje E363 Leyla Peachbloom |
| 12/09/2012 | Sex Total XXX |
| 12/09/2012 | 12.12.05.Diamond Foxxx_MilfsLikeItBig_ImgZilla.mp4 |
| 12/09/2012 | Roxy - Mature Couple |
| 12/09/2012 | Sexy Snippets of Cinema (and TV) - 9 |
| 12/09/2012 | Passion-HD - Country Girl - Dani Daniels.mp4 |

EXHIBIT C

SIN16

| Hit Date UTC | Filename |
|---|---|
| 12/09/2012 | AllOver30.12.12.08.Margeaux.XXX.720p.WMV-YAPG[rbg] |
| 12/08/2012 | DancingBear Crashing the Club |
| 12/08/2012 | BoldlyGirls Bridgette B |
| 12/08/2012 | Surf, Sand, and S.ex (1987) ~ Barbara Dare, Alexa Parks ~ [RRG]{Brego} |
| 12/08/2012 | 1996-Dirty Dirty Debutantes 2 |
| 12/08/2012 | CasualTeenSex Casual Fucking for Lucky Teeny Linda |
| 12/08/2012 | Sexmex Mayra Debut.mp4 |
| 12/08/2012 | Dr.Avas.Guide.To.Anal.Sex.For.Women.XXX.DVDRip.x264-CiCXXX[rbg] |
| 12/08/2012 | PutaLocura Penelope Crunch Corridas Triples Para La Modelo 720p.wmv |
| 12/08/2012 | 12.12.07.Lexi Belle_Jada Stevens_Bethany Benz_DormInvasion_ImgZilla.mp4 |
| 12/08/2012 | Atlas Shrugged |
| 12/08/2012 | Paradiso Blu (1980) Italian ~ Joe D'Amato ~ [RRG]{Brego} |
| 12/08/2012 | TS Pussyhunters Tiffany Starr and Aria Austin |
| 12/08/2012 | Come.On.Mom.XXX.DVDRip.x264-Jiggly |
| 12/08/2012 | SexoEnPublico Emma Butt Big Tits of Mass Distraction.mp4 |
| 12/08/2012 | Katie.St.Ives.Michael.Vegas.NaughtyAthletics.2012_iyutero.com.mp4 |
| 12/08/2012 | My Friends Hot Mom - Heidi Hanson |
| 12/08/2012 | Pornstar Platinum Eva Notty with Mark Wood 720p.mp4 |
| 12/08/2012 | Private Mandy Dee Make Up Sex Is the Best.mp4 |
| 12/08/2012 | 12.12.07.Simone Sonay_SeducedByACougar_ImgZilla.mp4 |
| 12/01/2012 | Young.Black.Cheerleaders.2.XXX.DVDRip.x264-SLiEZE |
| 12/01/2012 | 12.12.01.Sophia Bella_MilfSoup_ImgZilla.mp4 |
| 12/01/2012 | mp11025_800.mp4 |
| 12/01/2012 | ktr.ddm.12.11.30.power.hour.flv |
| 12/01/2012 | Daredorm - Power Hour - Heidi.flv |

EXHIBIT C

SIN16

| Hit Date UTC | Filename |
|---|---|
| 12/01/2012 | Holly.Brooks.Hot.Holly.MilfHunter.mp4 |
| 11/30/2012 | MyFriendsHotMom  Elexis Monroe |
| 11/30/2012 | Tits.Ahoy.11.XXX.DVDRip.x264-Jiggly |
| 11/30/2012 | 1994-Kleine Rosetten... Zaghaft Entjunfert |
| 11/30/2012 | Ma Sorciere Bien Baisee XXX |
| 11/30/2012 | Oldje  E360  Leyla Black |
| 11/30/2012 | India Summer - Deep In The Bowels Of India Summer |
| 11/30/2012 | TetangasEspanolas  Cristal Swift |
| 11/30/2012 | Siri - Triple Play HD 720p |
| 11/30/2012 | Brandi Belle - Making Dreams A Reality HD 720p |
| 11/30/2012 | My Dads Hot Girlfriend - Julia Ann HD 720p |
| 11/30/2012 | Mommy Got Boobs - EVA NOTTY New 30 November 2012 |
| 11/30/2012 | Forbidden Sex Adultery |
| 11/30/2012 | WowGirls - A Holiday Romance - Zoe [720p].mp4 |
| 11/28/2012 | Mini Van Moms 8 |
| 11/27/2012 | X-Art - Heart And Soul - Connie [1080p].mov |
| 11/27/2012 | 08.09.08.Gerri_AmateurAllure_ImgZilla.mov |
| 11/27/2012 | Photographic Mammaries #1.avi |
| 11/27/2012 | Piston---Cameriera In Calore Offresi.mpg |
| 11/27/2012 | 08.07.28.Kelsey_AmateurAllure_ImgZilla.mov |
| 11/27/2012 | Red Dwarf S01E01 The End (WerX) |
| 11/27/2012 | Zicken jetzt seid ihr faellig 8 XXX |
| 11/27/2012 | Tanner.Mayes.Tanner.Mayes.and.Jack.CanHeScore.2012.HD_iyutero.com.mp4 |
| 11/27/2012 | 08.09.15.Becky_AmateurAllure_ImgZilla.mov |
| 11/27/2012 | la moglie abusata.flv |

EXHIBIT C

SIN16

| Hit Date UTC | Filename |
|---|---|
| 11/27/2012 | 08.08.04.Laila_AmateurAllure_ImgZilla.mov |
| 11/27/2012 | evangeline_brcc.MPG |
| 11/27/2012 | ami_brcc.MPG |
| 11/27/2012 | 08.08.25.Alanah Rae_AmateurAllure_ImgZilla.mov |
| 11/25/2012 | Oldje.com.E356.Katie.Oliver.Dump.and.Horny_720.wmv |
| 11/22/2012 | mlib_julia_mandy_480p_1000.mp4 |
| 11/22/2012 | AmateurAllure - Maddy [1080p].wmv |
| 11/22/2012 | AmateurAllure-Mandy Sky.mp4 |
| 11/22/2012 | AmateurAllure-Samantha Rone [1080p].wmv |
| 11/22/2012 | 1122-KISD-066.avi |
| 11/22/2012 | EuroSexParties Valentina Nappi |
| 11/22/2012 | I Got The Biggest Tits 3 Wet T Shirt Contest - Mandy May |
| 11/22/2012 | Memoirs Of Bad Mommies 1 |
| 11/22/2012 | College.Girls.Like.It.Dirty |
| 11/22/2012 | Memoirs Of Bad Mommies 9 |
| 11/22/2012 | ma10965_800.mp4 |
| 11/22/2012 | AmateurAllure-Madelyn.wmv |
| 11/22/2012 | Memoirs Of Bad Mommies 10 |
| 11/22/2012 | [ www.Torrenting.com ] - The Avengers 2012 PROPER TS x264 - Abu |
| 11/22/2012 | show_me_big.mp4 |
| 11/19/2012 | MikeInBrazil - Ana Luz - Some Love [SD] |
| 11/19/2012 | gnkatzen.avi |
| 11/18/2012 | Cleavage.wmv |
| 11/18/2012 | Casting Couch X - Cameron |
| 11/18/2012 | Louise Jenson_Trophy Wives Club Scene 4_HD.mp4 |

EXHIBIT C

SIN16

| Hit Date, UTC | Filename |
|---|---|
| 11/18/2012 | BTIU - Tessa Lane - Inglourious French Maids - Part 2 - 11-17-12 [480P][720P][1080P] |
| 11/18/2012 | Fuck Pig [Split Scenes] |
| 11/18/2012 | television casting # 3.flv |
| 11/18/2012 | Italian.Stallion.1970.XXX |
| 11/18/2012 | Macy and Zarena - Boat Honeys |
| 11/18/2012 | VintageFlash MILF - Abi Toyne - Ever so naughty nylon courtesan |
| 11/18/2012 | Love.Hurts.2.XXX.DVDRip.XviD-Jiggly |
| 11/18/2012 | OMG.Its.The.Ghost.XXX.Parody.XXX.DVDRip.x264-UPPERCUT |
| 11/18/2012 | AdamandEve----Crystal Dreams 2001.avi |
| 11/17/2012 | [TsKellyClare.com] Kelly Clare and Danni Daniels Dani takes Kelly's ass |
| 11/17/2012 | Alice Romain - Alice In Analland |
| 11/17/2012 | TS Pussyhunters Ionella Dantes Laviny Albuquerque |
| 11/17/2012 | wiener_wobbling_witch.avi |
| 11/17/2012 | German Blonde Hottie in High Heels Stockings Moaning Fucking |
| 11/17/2012 | MilfHunter Randi |
| 11/17/2012 | Teenage Blonde Fucking Many Ways Ends Cum inside her Pussy |
| 11/17/2012 | 12.11.11.Anissa Kate_FootsieBabes_ImgZilla.mp4 |
| 11/17/2012 | CastingCouch-X - Anissa Kate.mp4 |
| 11/17/2012 | Babewatch 6 [Split Scenes] |
| 11/16/2012 | MDYD729 Busty Female Teacher Pet Just Me |
| 11/16/2012 | Club Sandy - Janelle Aka Sensual Jane |
| 11/16/2012 | two_to_tango_big.mp4 |
| 11/16/2012 | 12.11.14.Laura M_DDFBusty_ImgZilla.mp4 |
| 11/16/2012 | FuckTeamFive - Are Making The Movie.wmv |
| 11/16/2012 | prnfle883x |

EXHIBIT C

SIN16

| Hit Date UTC | Filename |
|---|---|
| 11/16/2012 | EuroSexParties - Three Lips Two Sticks.mp4 |
| 11/16/2012 | 12.11.12.Anissa Kate_Passion-HD_ImgZilla.mp4 |
| 11/16/2012 | mass facials_ericka_fontes.avi |
| 11/16/2012 | Nat.Cherry.7.Times.A.Day.mkv |
| 11/16/2012 | MogliCornute-SimonaValli.avi |
| 11/13/2012 | Wanna Fuck My Daughter Gotta Fuck Me First 16 - Scene 3.avi |
| 11/13/2012 | Wanna Fuck My Daughter Gotta Fuck Me First 16 - Scene 2.avi |
| 11/13/2012 | Whitt - Whitt's First Video HD 720p |
| 11/13/2012 | Wanna Fuck My Daughter Gotta Fuck Me First 16 - Scene 4.avi |
| 11/13/2012 | WifeCrazy.12.11.10.Intimate.Sex.Scene.wmv |
| 11/13/2012 | Filipina Sex Diary - Angela |
| 11/12/2012 | scambio proibito.flv |
| 11/12/2012 | SexArt.12.10.25.Aria.Salazar.Prince.Of.The.Full.Moon.XXX.1080p.MP4-KTR |
| 11/12/2012 | dwp_mason_storm_480p_1000.mp4 |
| 11/12/2012 | 8th Street Latinas - Binky Bangs |
| 11/12/2012 | CastingCouch-X - Macy Lee.mp4 |
| 11/12/2012 | Horny.Preggos.2.avi |
| 11/12/2012 | hot_shot_big.mp4 |
| 11/12/2012 | btis_mason_storm_480p_1000.mp4 |
| 11/11/2012 | Make.It.Or.Break.It.S01E11.FRENCH.LD.DVDRip.XviD-HYBRiS |
| 11/11/2012 | OPPAI.Double.Tittie.Fuck.ppsd032.JAV.Censored |
| 11/11/2012 | mgb_mason_storm02_480p_1000.mp4 |
| 11/11/2012 | Eva Notty - Sucking and Fucking Christian.mp4 |
| 11/11/2012 | Cum In My Old Bush.wmv |
| 11/11/2012 | prnfle873x.avi |

EXHIBIT C

SIN16

| Hit Date UTC | Filename |
| --- | --- |
| 11/11/2012 | Hilove Tv - Korean Cumswap Orgy |
| 11/11/2012 | Suicide Girls May 2012 - 31 Sets |
| 11/11/2012 | AD_Anissa_150_rip_020_.wmv |
| 11/11/2012 | prnfle836x.wmv |
| 11/11/2012 | Filipina Sex Diary - Jewel |
| 11/11/2012 | television casting il film.flv |
| 11/11/2012 | Back Room Casting Couch - Krystal |
| 11/11/2012 | Teenage.Sunset.XXX |
| 11/10/2012 | {www.scenetime.com}Contraband[2012]BRRip XviD-ETRG |
| 11/10/2012 | Casting Couch X - Mia Malkova |
| 11/10/2012 | Pornstar Academie 2 |
| 11/10/2012 | ??? ??.E05.121015.HDTV.X264.720p-Baros.avi |
| 11/10/2012 | pwgkimmyolsen-chkm8te.mp4 |
| 11/10/2012 | arubamovie.wmv |
| 11/10/2012 | [ www.TorrentDay.com ] - Undercover.Boss.UK.S04E04.HDTV.x264-C4TV |
| 11/10/2012 | Sunny_Leone_-_Blue_BeedRoom_Fuck.exe |
| 11/10/2012 | prnfle849x |
| 11/10/2012 | Naked.Pictures.SPANISH.XXX |
| 11/10/2012 | Fucked On The Job 2.wmv |
| 11/10/2012 | DressH.avi |
| 11/10/2012 | Oversized Boobies |
| 11/10/2012 | Lady Sonia - Keni Styles Visits HD 720p |
| 11/09/2012 | Little Black Runaways-chkm8te |
| 11/09/2012 | Brave 2012 BRRip XviD-TITANI |
| 11/09/2012 | x-art_susie_vacation_fantasy_1080.mov |

EXHIBIT C

SIN16

| Hit Date, UTC | Filename |
|---|---|
| 11/09/2012 | Confidences dune petite vicieuse (1980) ~ French Classic ~ [RRG]{Brego} |
| 11/09/2012 | Obama Is Nailin Palin |
| 11/09/2012 | Ebony Addiction.avi |
| 11/09/2012 | Explicite-Art.12.11.05.Jasmine.Arabia.2.Days.Of.Shooting.XXX.720p.MOV-KTR |
| 11/09/2012 | Orgy.Sex.Parties.17.XXX.DVDRip.XviD-STARLETS |
| 11/09/2012 | collected_01_132_fullcomplete_1.wmv |
| 11/09/2012 | gems_on_delilah_big.mp4 |
| 11/09/2012 | Teach Me How To Fuck Please.wmv |
| 11/09/2012 | Nice Glasses.mp4 |
| 11/09/2012 | X-ART - After Hours - Kitty aka Kitty Jane.mov |
| 11/09/2012 | Bree Olson and Alexa Von Tees from Charlies Hookers.avi |
| 11/09/2012 | Isabella.Chrystin.Hardcore.mp4 |
| 11/09/2012 | just_amazing_big.mp4 |
| 11/09/2012 | Beamonstar.XXX.DVDRip.XviD-Jiggly |
| 11/09/2012 | Bang My Boobies 7.wmv |
| 11/09/2012 | Liza Bluberry Virgin Defloration |
| 11/09/2012 | Die.geilsten.Frauen.Deutschlands.German.2007.XXX.DVDRIP.XviD |
| 11/09/2012 | Gianna Michaels from Big Boob Addicts.avi |
| 11/09/2012 | TPH-26323 Venus Lux and Maia Davis |
| 11/09/2012 | The Big Year 2011 DvDrip XviD[WBZ] |
| 11/05/2012 | Moscou.Amateur.10.XXX |
| 11/05/2012 | AllOver30.com - Tori Baker (25.10.12) |
| 11/05/2012 | prnfle739x.mp4 |
| 11/05/2012 | Moscou.Amateur.8.XXX |

EXHIBIT C

SIN16