**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                    Civil Action No. 1:13-cv-00201-RLY-MJD

JOHN DOE, subscriber assigned IP address
24.13.1.40,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP Address 24.13.1.40.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  May 8, 2013

                                                Respectfully submitted,

                                                By:      /s/ *Paul J. Nicoletti*
                                                Paul J. Nicoletti
                                                paul@nicoletti-associates.com
                                                Law Office of Nicoletti & Associates, PLLC
                                                36880 Woodward Avenue, Suite 100
                                                Bloomfield Hills, MI 48304
                                                Phone:  248-203-7800
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                          By:  /s/ *Paul J. Nicoletti*
                                                          Paul J. Nicoletti